UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ,

                    Plaintiff,                          26-cv-3734(JGK)

        - against -                                     ORDER

TEA HORSE ROAD, LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide
an update to the Court by **August 7, 2026.** Failure to notify the
Court by that date may result in dismissal without prejudice.
The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
          May 7, 2026

                                        John G. Koeltl
                                  United States District Judge